# NO. 12-08-00358-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *SOUTHERN STAR,*<br>*A DIVISION OF SSMG CORPORATION,*<br>*APPELLANT* | § | *APPEAL FROM THE 294TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *LORI K. SHAW,*<br>*APPELLEE* | § | *VAN ZANDT COUNTY, TEXAS* |

---

*MEMORANDUM OPINION*
*PER CURIAM*

Southern Star has filed a motion to dismiss this appeal. In its motion, Southern Star states that it no longer wishes to pursue the appeal. Because Southern Star has met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the appeal is dismissed.

Opinion delivered September 24, 2008.

*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)